## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CAUSE NO. 05-CV-279-WDS ) |
| MATTHEW TUCKER, JAMIE HAAS, and ANTHONY EMIG, | ) ) ) |
| Defendants. | ) |

### O R D E R

**STIEHL, District Judge:**

This matter is before the Court on defendant Emig's motion for reconsideration (Doc. 18) and motion for attorneys fees (Doc. 19). These motions were filed after the Court entered judgment on plaintiff's motion to voluntarily dismiss the action.

Subsequent to the filing of Emig's motions, the parties have filed a joint motion to dismiss with prejudice (Doc. 20).

Accordingly, the Court **VACATES** and **SETS ASIDE** the Court'S Order (Doc. 16) and the judgment (Doc. 17), both entered December 28, 2005. In light of the joint motion to dismiss, defendant Emig's motions are **DENIED** as moot. The Court **GRANTS** the parties' joint motion to dismiss with prejudice and the Clerk of the Court is **DIRECTED** to enter judgment accordingly. Each party shall bear its own costs.

    **IT IS SO ORDERED.**

    DATED:  February 8, 2006.

                                                **s/ WILLIAM D. STIEHL**
                                                      **DISTRICT JUDGE**